JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**DOC NO**
**REC'D/FILED**
2013 DEC 18 PM 1:49
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

**13 CR 167**

**Place of Offense:**
City: Nekoosa
County/Parrish: Wood County

**Related Case Information:**
Superseding ___ Docket Number ___
Same Defendant ___ New Defendant ___
Magistrate Judge Case Number ___
Search Warrant Case Number ___
R 20 / R40 from District of ___

**Defendant information:**
Matter to be Sealed: ___ Yes   ✓ No
Def. Name: Travis Billman
Alias Name:
City/State: Nekoosa, WI
Year of Birth: 1990      Last 4 digits of SSN: 8942
Sex: Male      Race: White

**U.S. Attorney Information:**
AUSA: DAVID J. REINHARD      Bar #:
Interperter: ✓ No   ___ Yes      List language and/or dialect:

**Location Status:**
Arrest Date: ___
___ Already in Federal Custody as of: ___ in ___
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 1      ___ Petty   ___ Misdemeanor   ✓ Felony
___ Class A
___ Class B
___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC § 1001(a)(2) | Making false statements to the federal government | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: December 18, 2013      Signature of AUSA   /s/ DAVID J. REINHARD