IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. _____ |
| | 18 U.S.C. § 1001(a)(2) |
| TRAVIS BILLMAN, | 13 CR 167 wmc |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about April 4, 2012, in the Western District of Wisconsin, the defendant,

TRAVIS BILLMAN,

knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the United States. Specifically, the defendant sent an electronic communication to the Federal Bureau of Investigation's Internet web site stating that R.F. was going to steal nuclear blueprints from the United States Navy and sell the information, when BILLMAN then and there well knew that this statement was materially false, fictitious, and fraudulent.

(In violation of Title 18, United States Code, Section 1001(a)(2)).

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 12/18/2013