UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                      Case No. 13-cr-167-wmc

TRAVIS BILLMAN,

      Defendant.

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Travis Billman, the defendant in the above-captioned matter, is represented by:

> Kelly A. Welsh
> Federal Defender Services of Wisconsin, Inc.
> 222 West Washington Avenue, Suite 680
> Madison, Wisconsin 53703
> Telephone:  [608] 260-9900
> Facsimile:  [608] 260-9901

Dated at Madison, Wisconsin, this 20th day of December, 2013.

                                    Respectfully submitted,

                                    Travis Billman, Defendant

                                    */s/ Kelly A. Welsh*
                                    Kelly A. Welsh

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
222 West Washington Avenue, Suite 680
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
kelly_welsh@fd.org